Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.



CLERK, U.S. DISTRICT COURT
04/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
           v.
           PLAINTIFF

Alan Anthonee Amey
USMS# 72178-097
           DEFENDANT

CASE NUMBER: 5:22-mj-00246    1:15-cr-00009-dad-bam

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/21/2022 at 8:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 04/21/22 at 8:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

    18 USC 3583

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: 1991

8. Defendant has retained counsel: ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: Cesar Perez   (please print)

12. Office Phone Number: 951.276.6160

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 04/21/2022

CR-64 (09/20)      REPORT COMMENCING CRIMINAL ACTION